**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALISON FRIEND,<br><br>Plaintiff,<br><br>v.<br><br>AOMISS.COM,<br><br>Defendant. | Case No. 1:26-cv-13996<br><br>Hon. Charles P. Kocoras |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME**

Attorneys Xintong Lyu and Jian Wang of The Law Office of X. Lyu, PLLC ("Counsel") respectfully move pursuant to Local Rule 83.17 for leave to withdraw as counsel for Defendant aomiss.com ("Defendant") and for limited scheduling relief. In support, Counsel states as follows:

1. Counsel entered appearances on behalf of Defendant in Case No. 1:26-cv-05581. Their appearances were carried over to this severed action. Dkt. 1, 8, 9.

2. Defendant has terminated its attorney-client relationship with Counsel and The Law Office of X. Lyu, PLLC and expressly instructed Counsel to withdraw from this action. Defendant has executed a written acknowledgment confirming its decision and consenting to Counsel's withdrawal. See Exhibit A.

3. Defendant has been advised that withdrawal requires Court approval, that business entities generally must be represented by licensed counsel in federal court, and that failure to retain substitute counsel or comply with Court orders and deadlines may result in serious adverse consequences, including default judgment. See Exhibit A.

4. Pursuant to Dkt. 1, Defendant shall answer or otherwise respond within the time provided by Federal Rule of Civil Procedure 15(a)(3). To Counsel's knowledge, Plaintiff has not yet effected service of an amended complaint, and the responsive pleading deadline has not been triggered. Counsel respectfully requests that Defendant be afforded thirty (30) days from entry of the withdrawal order to retain substitute counsel, subject to any further order of the Court.

5. Counsel will promptly notify Defendant of any order granting withdrawal and applicable outstanding obligations. The required Notification of Party Contact Information is submitted as Exhibit B pursuant to Local Rule 83.17.

**WHEREFORE**, Counsel respectfully requests that the Court grant leave to withdraw as counsel for Defendant aomiss.com, afford Defendant thirty (30) days to retain substitute counsel, and grant such other relief as the Court deems just and proper.

Dated: November 20, 2026.

**THE LAW OFFICE OF X. LYU, PLLC**

By: */s/ Xintong Lyu*
Xintong Lyu, NYSBA No. 6253975
36-36 Prince St., Ste 309A
Flushing, New York 11354
(347) 966-1978
catherine.lyu@lyulawpllc.com

By: */s/ Jian Wang*
Jian Wang, NYSBA No. 6315865
36-36 Prince St., Ste 309A
Flushing, New York 11354
(347) 966-1976
jwang@lyulawpllc.com

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I electronically filed the foregoing motion and accompanying exhibits through the Court's CM/ECF system, thereby providing notice to counsel of record, and served copies upon Defendant through its authorized representative by email.

/s/ Xintong Lyu
Xintong Lyu