# EXHIBIT A

# ACKNOWLEDGMENT OF TERMINATION OF REPRESENTATION AND CONSENT TO WITHDRAWAL OF COUNSEL
# 终止代理及同意律师退出代理确认书

**Re:** Alison Friend v. aomiss.com, United States District Court for the Northern District of Illinois
**案件：** Alison Friend 诉 aomiss.com 案，美国伊利诺伊州北区联邦地区法院

**Case No.:** 1:26-cv-13996 (Severed from Case No. 1:26-cv-05581)
**案号：** 1:26-cv-13996（由 1:26-cv-05581 号案件分出）

**Defendant:** aomiss.com
**被告：** aomiss.com

I, the undersigned, as an authorized representative of the Defendant identified above, confirm as follows:
本人作为上述被告的授权代表，确认如下：

**1.** I am authorized to act on behalf of the Defendant in matters concerning legal representation in this action.
本人有权代表被告就本案的律师代理事宜作出决定。

**2.** The Defendant has decided to terminate the representation of Xintong Lyu, Esq., The Law Office of X. Lyu, PLLC, and all attorneys associated with the firm, including Jian Wang, Esq., in this action. The Defendant instructs any such attorney who has appeared on its behalf to seek leave of Court to withdraw and consents to the requested withdrawal.
被告已决定终止 Xintong Lyu 律师、The Law Office of X. Lyu, PLLC 律师事务所及所有与该律所有关联并参与本案代理的律师（包括 Jian Wang 律师）在本案中的代理。被告指示其中已代表被告出庭登记的律师向法院申请退出代理，并同意其退出代理。

**3.** The Defendant understands that counsel's withdrawal requires Court approval and will not become effective unless and until the Court grants leave to withdraw.
被告理解，律师退出代理须经法院批准，只有在法院批准后方可正式生效。

**4.** The Defendant has been advised to promptly retain substitute counsel and understands that corporations and other business entities generally cannot represent themselves in federal court. The Defendant further understands that failure to retain substitute counsel or comply with Court requirements may result in serious adverse consequences, including default judgment.
律师已告知被告应尽快聘请接任律师。被告理解，公司及其他商业实体原则上不能在联邦法院自行应诉。被告亦理解，未能及时聘请接任律师或遵守法院要求，可能产生严重不利后果，包括缺席判决。

**5.** The Defendant understands that all existing Court orders and applicable deadlines remain in effect unless otherwise ordered by the Court, and that failure to comply may result in serious adverse consequences.
被告理解，除非法院另有命令，现有法院命令及适用的诉讼期限仍然有效，未遵守相关要求可能产生严重不利后果。

**Defendant / 被告：** aomiss.com

**Legal Entity Name, if applicable / 法律实体名称（如适用）：** Shenzhen Jijing Technology Co., Ltd.

**Authorized Representative / 授权代表姓名：** Xinyu Zou

**Signature / 签名：** Xinyu Zou

**Date / 日期：** 2026.11.20