# EXHIBIT B

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:26-cv-13996 (Severed from Case No. 1:26-cv-05581)

**Case Title**: Alison Friend v. aomiss.com

**Judge**: Hon. Charles P. Kocoras

**Name of Attorney submitting the motion to withdraw**:

Xintong Lyu, The Law Office of X. Lyu, PLLC

**Name of Client**: aomiss.com
(Shenzhen Jijing Technology Co., Ltd.; Attn: Xinyu Zou)

**Mailing address of Client**: Room 1004, Jiahua Lingchuang Plaza, Haoxiang Road, Shaqi Community, Xinqiao Subdistrict, Bao'an District

**City:** Shenzhen **State:** Guangdong Province, China

**Zip:** 518125 **Telephone Number:** +86 189 2679 4545

**Email address of Client**: peterzou2024@gmail.com

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Xintong Lyu

**Date:** November 20, 2026