**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALISON FRIEND,<br>*Plaintiff,*<br>v.<br>AOMISS.COM,<br>*Defendant.* | Case No. 1:26-cv-13996<br>Hon. Charles P. Kocoras |

# NOTICE OF MOTION

Attorneys Xintong Lyu and Jian Wang, counsel for Defendant aomiss.com ("Defendant"), hereby provide notice that on Tuesday, December 1, 2026, at 9:50 a.m., they will appear before the Honorable Charles P. Kocoras and present their Motion for Leave to Withdraw as Counsel and for Extension of Time (Dkt. 18).

Dated: November 23, 2026

**THE LAW OFFICE OF X. LYU, PLLC**

By: */s/ Xintong Lyu*
Xintong Lyu, NYSBA No. 6253975
36-36 Prince St., Ste 309A
Flushing, New York 11354
(347) 966-1978
catherine.lyu@lyulawpllc.com

By: */s/ Jian Wang*
Jian Wang, NYSBA No. 6315865
36-36 Prince St., Ste 309A
Flushing, New York 11354
(347) 966-1976
jwang@lyulawpllc.com

## CERTIFICATE OF SERVICE

I certify that on November 23, 2026, I electronically filed the foregoing Notice of Motion through the Court's CM/ECF system, thereby providing notice to counsel of record, and served a copy upon Defendant through its authorized representative by email.

*/s/ Xintong Lyu*

Xintong Lyu